ORDERED UNSEALED on 09/06/2024 s/ judepeter
SEALED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Duane HOWELL,<br><br>Defendant. | Case No.: '24 MJ3018<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 841(a)(1) Possession of a Methamphetamine With Intent to Distribute; Title 18 U.S.C § 924(c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The undersigned complainant being duly sworn states:

**Count 1**

On or about June 1, 2024, within the Southern District of California, defendant Duane HOWELL, did knowingly and intentionally possess 5 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit, approximately 55.73 grams, a Schedule II Controlled Substance, with the intent to distribute it within the United States in violation of Title 21, United States Code, Section 841(a)(1).

**Count 2**

On or about June 1, 2024, within the Southern District of California, defendant Duane HOWELL, did knowingly possess a firearm, that is, a Ruger LCP .380 semi-automatic handgun bearing serial number 32683592, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession With Intent to Distribute Methamphetamine, as alleged in Count 1 of this Complaint, in violation of Title 18, United States Code, 924(c)(1)(A).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Christopher Naranjo
Task Force Officer Christopher Naranjo
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of August, 2024.

Daniel E. Butcher
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On July 1, 2024, at 1734 hours, Escondido Police Officers Adam St John and Jaime Bernal were conducting routine patrol duties within Escondido's city limits, within the Southern District of California. Officers St John and Bernal observed a white Ford van and a gold Buick van parked in Public Parking Lot 2 located near the intersection of 2nd Avenue and Maple St. This location is approximately 318 feet from Central Elementary School and approximately 347 feet from John Paul the Great Catholic University. Near the vehicles, Officers St John and Bernal observed a running generator with a power cord running from the generator to both vans. Spiderwebs were also observed running from the tires of both vans to the ground, indicating to the officers that they had not been moved in some time. Based upon these facts, the officers believed that whoever was occupying the vans had been living out of them in violation of Escondido Municipal Code 17-8 – Camping prohibited on public property.

A record check was run on the license plate affixed to the front of the white Ford van (CA/9FJC185) which returned to a 2005 Buick van registered to Duane HOWELL. Seeing that the license plate did not match the Ford, Officer St John ran a record check on the Vehicle Identification Number (VIN) of the Ford which returned the registration had been expired since 2021, in violation of California Vehicle Code (CVC) 4000(a)(1) – Expired Registration. Officers knocked on the side of the van for several minutes. After no response, Officer St John requested that a tow truck respond to the location with the intention of towing the Ford pursuant to CVC 22651(o)(1)(A) – Authority to remove vehicles with vehicle registration in excess of six months. Officer St John yelled into the van that it was going to be towed and if anyone was inside, they needed to come out. At that point, a male later identified by his California Identification Card as Duane HOWELL opened the back door to the van.

HOWELL was informed that his registration had been expired over six months and the vehicle was going to be towed. When asked why the Ford had a license plate belonging to a Buick affixed to it, HOWELL stated that he had previously lived in Arkansas and that is how they did things. Officers asked HOWELL if he had anything illegal in the van to

which he stated he did not. They then asked for consent to search the van, which he denied. Officers performed an inventory of the van pursuant to Escondido Police Department (EPD) policy.

Inside the van, Howell had a small bed along one side and a small desk on the other side. At the bottom of the bed Officer St John found a green bank deposit bag. Inside the bank deposit bag was a large green plastic bag and clear plastic sandwich bag. Inside the large green plastic bag, Officer St John observed a large amount of a white crystal-like substance immediately recognizable to him as methamphetamine in its usable form and quantity. Inside the clear plastic sandwich bag, Officer St John found a large golf ball size chunk of a white crystal-like substance also recognizable to him as methamphetamine. Additionally, inside the green bank deposit bag was a functioning black digital scale and 67 small clear plastic baggies. Based on his findings, Officer St John believed Howell was in possession of the methamphetamine with the intent to sell it and was in violation of California Health and Safety Code (H&S) 11378(a) – possession of a controlled substance for sales. Officer St John placed HOWELL under arrest.

Officer St John returned to the van and continued the inventory, while also having probable cause to search for other contraband. Beneath where the green deposit bag was located, Officer St John located a small gray backpack. Inside the backpack Officer St John located a black semiautomatic handgun in a black leather holster. Officer St John removed the handgun from the backpack and removed the magazine that was loaded inside the handgun. The magazine was loaded with 7 rounds of .380 ammunition. The firearm was a Ruger LCP .380 with a serial number of 32683592. Officer St John ran a record check on the firearm which revealed it was stolen out of Riverside County.

On the desk next to the bed in the back of the van Officer St John observed a glass bulbous pipe with a white residue inside of it. Officer St John recognized this pipe to commonly be used by methamphetamine users to ingest methamphetamine. Howell was in violation of H&S 11364(a) – possession of drug paraphernalia. Officer Bernal conducted a search of Howell incident to arrest. Officer Bernal found a wallet with $364 US Currency inside of it.

Officer St John searched the Buick van. Under the driver's side floormat, he located a clear plastic baggie containing what he believed to be methamphetamine.

HOWELL and the contraband were transported to EPD for processing. At the station, the bags of suspected methamphetamine were tested using a Tactic-ID Raman Spectrometer. The contents of the bags all tested presumptive positive for methamphetamine. In total, HOWELL was found to be in possession of 55.73 grams net of methamphetamine.

HOWELL was provided with a Miranda warning which he initially waived. HOWELL stated that he collects social security. HOWELL stated he is not a drug user and is not a drug addict. When HOWELL was told that methamphetamine was found in his vehicle, he requested to speak with an attorney.

HOWELL was charged by state authorities. Those charges are expected to be dismissed when he is arrested on this complaint.